PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] § | Case No. 19-34054-sgj11 |
| § | |
| Reorganized Debtor. § | |
| § | |
| PATRICK HAGAMAN DAUGHERTY, § | |
| § | |
| Appellant, § | |
| § | Case No. 3:25-cv-02584-E |
| v. § | |
| § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P. § | |
| and HIGHLAND CLAIMANT TRUST, § | |
| § | |
| Appellees. § | |

**APPELLEES' CERTIFICATE OF INTERESTED PERSONS**
**PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1**

Highland Capital Management, L.P. and the Highland Claimant Trust (together, "Appellees"), appellees in the above-referenced matter (the "Appeal"), pursuant to Rule 8012.1 of

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

4920-0377-9948.1 36027.003

the *Local Bankruptcy Rules* for the Northern District of Texas, hereby submit the following *Certificate of Interested Persons* (the "CIP"):

1. Highland Capital Management, L.P., appellee in this Appeal and the reorganized debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, Case No. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas (the "Bankruptcy Case"), and its counsel, Pachulski Stang Ziehl & Jones LLP and Hayward PLLC; Highland Capital Management, L.P. is a limited partnership, the general partner of which is HCMLP GP LLC, a privately held limited liability company. No publicly held corporation owns 10% or more of the interests in any of the forgoing entities.

2. Highland Claimant Trust, appellee in this Appeal, and its counsel, Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

3. Appellant Patrick Hagaman Daugherty, appellant in this Appeal, and his counsel, Gray Reed (Jason S. Brookner, Andrew K. York, Joshua D. Smeltzer, and Drake M. Rayshell).

4. Appellees reserve the right to amend or supplement this CIP as and if necessary or appropriate.

4920-0377-9948.1 36027.003

Dated: September 26, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
　　　　jmorris@pszjlaw.com
　　　　gdemo@pszjlaw.com
　　　　hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
　　　　ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*

4920-0377-9948.1 36027.003

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 26, 2025, a true and correct copy of the foregoing *Certificate of Interested Persons* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

                                          */s/ Zachery Z. Annable*
                                          Zachery Z. Annable