IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br>  Reorganized Debtor. | § § § § § | CHAPTER 11 <br> Case No. 19-34054-sgj11 |
| PATRICK DAUGHERTY <br><br>  Appellant <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P. and HIGHLAND CLAIMANT TRUST, <br><br>  Appellees. | § § § § § § § § § § § § | Civil Action No. 3:25-cv-02584-E |

## APPELLANT PATRICK DAUGHERTY'S
## CERTIFICATE OF INTERESTED PERSONS

In accordance with Local Bankruptcy Rule 8012.1, Appellant Patrick Daugherty files this Certificate of Interested Persons:

The following persons, associations of persons, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities are financially interested in the outcome of this consolidated appeal:

1. Patrick Daugherty, Appellant herein;
2. Gray Reed and McGraw, LLP, the law firm representing Daugherty;
3. Jason S. Brookner, Andrew K. York, William N. Drabble, Joshua D. Smeltzer, and Drake Rayshell, counsel for Daugherty;
4. Highland Capital Management, L.P. (Highland), Appellee herein;
5. HCMLP GP, LLC, Highland's general partner;

6. Highland's limited partner(s);

7. Highland Claimant Trust, Appellee herein;

8. Pachulski Stang Ziehl & Jones LLP, a law firm representing Highland and the Highland Claimant Trust;

9. Hayward PLLC, a law firm representing Highland and the Highland Claimant Trust; and

10. Jeffery N. Pomerantz, John A. Morris, Gregory V. Demo, Jordan A. Kroop, Melissa S. Hayward, and Zachery Z. Annable, counsel for Highland and the Highland Clamant Trust.

Respectfully submitted,

GRAY REED & MCGRAW LLP

By: */s/ Drake M. Rayshell*
  JASON S. BROOKNER
  Texas Bar No. 24033684
  ANDREW K. YORK
  Texas Bar No. 24051554
  WILLIAM N. DRABBLE
  Texas Bar No. 24074154
  JOSHUA D. SMELTZER
  Texas Bar No. 24113859
  DRAKE M. RAYSHELL
  Texas Bar No. 24118507

1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
   dyork@grayreed.com
   wdrabble@grayreed.com
   jsmeltzer@grayreed.com
   drayshell@grayreed.com

ATTORNEYS FOR APPELLANT
PATRICK DAUGHERTY

4925-2388-2094

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was duly furnished to the following counsel of record through the electronic filing manager on this 30th day of September, 2025.

      */s/ Drake M. Rayshell*
      DRAKE M. RAYSHELL