# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| Patrick Daugherty et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-CV-02584-E |
| Highland Capital Management, L.P. et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Appellant Patrick Daugherty                                          .

Date:   10/27/2025

/s/ Willam N. Drabble
*Attorney's signature*

William N. Drabble, 24074154
*Printed name and bar number*

Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201

*Address*

wdrabble@grayreed.com
*E-mail address*

(214) 954-4135
*Telephone number*

(214) 953-1332
*FAX number*